Andrew L. Ellis, Esq. State Bar # 167091
Justina G. Ramon, Esq. State Bar # 241239
John R. Rofael, Esq. State Bar # 282266
ELLIS LAW CORPORATION
883 N. DOUGLAS STREET
EL SEGUNDO, CA 90245
Telephone: (310) 641-3335

JS-6

Attorney for Plaintiff
SALLY WILLIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY WILLIS, an individual. | USDC CASE NO: 2:15-CV-01082-JFW-MAN |
| Plaintiffs, | Los Angeles County Superior Court Case No. BC568889 |
| vs. | [PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT |
| TARGET CORPORATION, a Minnesota Corporation; and Does 1 to 30, inclusive. | |
| Defendants. | COMPLAINT FILED: 12/4/2014 |

The Stipulation of Plaintiff, Sally Willis and Defendant Target Corporation for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court, Case No. BC568889.

Dated: February 25, 2015

*[signature]*

UNITED STATES DISTRICT JUDGE

---

1

ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT